IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K. KIM FARMER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No: 16-6211 |
| AMERICAN HOME MEDICAL EQUIPMENT AND SERVICES, INC., d/b/a AMERICAN HOME MEDICAL, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 14th day of February, 2018, upon consideration of the defendant, American Home Medical Equipment and Services, Inc., d/b/a American Home Medical's motion to dismiss (Doc. No. 24), and the plaintiff's response in opposition (Doc. No. 27), **IT IS HEREBY ORDERED** that the motion is **GRANTED** in its entirety with prejudice.

BY THE COURT:

LAWRENCE F. STENGEL, C.J.